IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| TRAVIS C. KAUFFMANN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | File No. 1:23-cv-03836-TWT |
| | ) | |
| KRISTINE KAUFFMANN HOPE | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT KRISTINE KAUFFMANN HOPE'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Kristine Kauffmann Hope, and pursuant to Local Rule 3.3 submits this Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

**(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

The undersigned is aware of the following:

i)   Travis C. Kauffmann

    ii)    Kristine Kauffmann Hope

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

    i)    CCK Management, LLC

    ii)    CCK Investments, LLLP

    iii)    Scott A. Kauffmann (Nominated Successor Trustee of Craig C. Kauffmann Irrevocable Trust)

    iv)    Michael P. English (Co-manager of CCK Management, LLC)

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

| | | |
|---|---|---|
| i) | Kristine Kauffmann Hope | Robert S. Carlson<br>Harry W. MacDougald<br>(Caldwell, Carlson, Elliott & DeLoach, LLP) |
| ii) | Travis C. Kauffmann | Scott Ratchick, Esq.<br>(Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.) |

**(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship**

2

**is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

i) Kristine Kauffmann Hope                Fulton County, Georgia

Dated this 2nd day of October, 2023.

                                      CALDWELL, CARLSON,
                                      ELLIOTT & DELOACH, LLP

                                      /s/ Robert S. Carlson
                                      Robert S. Carlson
                                      Georgia Bar No. 110280
                                      rcarlson@ccedlaw.com
                                      Harry W. MacDougald
                                      Georgia Bar No. 463076
                                      hmacdougald@ccedlaw.com

Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956 (phone)
(404) 843-2737 (facsimile)       *Counsel for Kristine Kauffmann Hope*

## LOCAL RULE 5.1 CERTIFICATE

The undersigned certifies that the foregoing document was prepared in 14-point Times New Roman font and in accordance with the margin and other requirements of Local Rule 5.1.

/s/ Robert S. Carlson
Robert S. Carlson
Georgia Bar No. 110280

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing parties in the foregoing matter with a copy of the attached *"Defendant Kristine Hope Kauffman's Certificate of Interested Persons and Corporate Disclosure Statement"* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record for Plaintiff:

> Scott Ratchick, Esq.
> Charmberlain, Hrdlicka, White,
> Williams & Aughtry, P.C.
> 191 Peachtree Street, N.E., 45th Floor
> Atlanta, Georgia, 30303
> scott.ratchick@chamberlainlaw.com

This 2nd day of October, 2023.

> CALDWELL, CARLSON,
> ELLIOTT & DELOACH, LLP
>
> /s/ Robert S. Carlson
> Robert S. Carlson
> Georgia Bar No. 110280

Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956 (phone)
(404) 843-2737 (facsimile)
rcarlson@ccedlaw.com