# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRAVIS C. KAUFFMANN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KRISTINE KAUFFMANN HOPE, )<br>)<br>)<br>Defendant. ) | Civil Action<br>File No. 1:23-cv-03836-TWT |

## CONSENT STIPULATION EXTENDING TIME

COME NOW Travis C. Kauffmann, Plaintiff, and Kristine Kauffmann Hope, Defendant, and pursuant to Fed. R. Civ. P. 29, stipulate that the time within which the Defendant may answer, object, or otherwise respond to the ***Plaintiff's First Requests for Admissions, Interrogatories, and Requests for Production of Documents to Defendant Kristine Kauffmann Hope*** served in the above-styled case shall be and hereby is extended through and including Thursday, January 18, 2024.

*Signatures on the following page*

1

STIPULATED AND AGREED to this 3rd day of January, 2024.

| | |
|---|---|
| CALDWELL, CARLSON, ELLIOTT & DELOACH, LLP<br><br>/s/ Robert S. Carlson<br>Robert S. Carlson<br>Georgia Bar No. 110280<br>rcarlson@ccedlaw.com<br>Harry W. MacDougald<br>Georgia Bar No. 463076<br>hmacdougald@ccedlaw.com<br>Two Ravinia Drive, Suite 1600<br>Atlanta, Georgia 30346<br>(404) 843-1956<br><br>*Counsel for Kristine Kauffmann Hope* | CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY<br><br>/s/ Scott Ratchick<br>(by RSC with express permission)<br>Scott Ratchick<br>Georgia Bar No. 595136<br>Scott.ratchick@chamberlainlaw.com<br>191 Peachtree Street, N.E.<br>46th Floor<br>Atlanta, Georgia 30303<br>(404) 659-1410<br><br>*Counsel for Travis C. Kauffmann* |

# LOCAL RULE 5.1 CERTIFICATE

The undersigned certifies that the foregoing document was prepared in 14-point Times New Roman font and in accordance with the margin and other requirements of Local Rule 5.1.

<pre>
                          /s/ Robert S. Carlson
                          Robert S. Carlson
                          Georgia Bar No. 110280
</pre>

# CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing parties in the foregoing matter with a copy of the attached *Consent Stipulation Extending Time* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record for Plaintiff:

>Scott Ratchick, Esq.
>Chamberlain, Hrdlicka, White,
>Williams & Aughtry, P.C.
>191 Peachtree Street, N.E., 45th Floor
>Atlanta, Georgia, 30303
>scott.ratchick@chamberlainlaw.com

This 3rd day of January, 2024.

>CALDWELL, CARLSON,
>ELLIOTT & DELOACH, LLP
>
>/s/ Robert S. Carlson
>Robert S. Carlson
>Georgia Bar No. 110280

Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956 (phone)
(404) 843-2737 (facsimile)
rcarlson@ccedlaw.com