## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## GEORGIA ATLANTA DIVISION

| | |
|---|---|
| TRAVIS C. KAUFFMANN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | File No. 1:23-cv-03836-TWT |
| ) | |
| KRISTINE KAUFFMANN HOPE ) | |
| ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FIRM CHANGE OF ADDRESS

COMES NOW, Defendant Kristine Kauffmann Hope, and hereby gives notice to this Court and to all parties/counsel of record that Robert S. Carlson, Harry W. MacDougald, and the law firm of Caldwell, Carlson, Elliott & DeLoach, LLP's new address, effective January 29, 2024, is as follows:

> Caldwell, Carlson, Elliott & DeLoach, LLP
> Six Concourse Parkway
> Suite 2400
> Atlanta, Georgia 30328
> (404) 843-1956 (Telephone)
> (404) 843-2737 (Facsimile)

Dated this 30th day of January, 2024.

(Signature on Following Page)

1

CALDWELL, CARLSON,
ELLIOTT & DELOACH, LLP

/s/ Robert S. Carlson
Robert S. Carlson
Georgia Bar No. 110280
rcarlson@ccedlaw.com
Harry W. MacDougald
Georgia Bar No. 463076
hmacdougald@ccedlaw.com
*Counsel for Kristine Kauffmann Hope*

Six Concourse Parkway
Suite 2400
Atlanta, Georgia 30328
(404) 843-1956
lmiller@ccedlaw.com

## LOCAL RULE 5.1 CERTIFICATE

The undersigned certifies that the foregoing document was prepared in 14-point Times New Roman font and in accordance with the margin and other requirements of Local Rule 5.1.

/s/ Robert S. Carlson
Robert S. Carlson
Georgia Bar No. 110280

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Notice of Firm Change of Address with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record for Plaintiff:

> Scott Ratchick, Esq.
> Chamberlain, Hrdlicka, White,
> Williams & Aughtry, P.C.
> 191 Peachtree Street, N.E., 45th Floor
> Atlanta, Georgia, 30303
> scott.ratchick@chamberlainlaw.com

This 30th day of January, 2024.

> CALDWELL, CARLSON,
> ELLIOTT & DELOACH, LLP
>
> /s/ Robert S. Carlson
> Robert S. Carlson
> Georgia Bar No. 110280

Six Concourse Parkway
Suite 2400
Atlanta, Georgia 30328
(404) 843-1956
rcarlson@ccedlaw.com