# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRAVIS C. KAUFFMANN,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINE KAUFFMANN HOPE,<br><br>Defendant. | Civil Action No. 1:23-cv-03836-TWT |

## NOTICES OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.1(E)(3), H. Lamar Mixson, Jason J. Carter, Fredric J. Bold, Jr., and Eliza L. Taylor of the law firm Bondurant, Mixson & Elmore, LLP give notice of their appearance and substitution for prior counsel Scott M. Ratchick of the law firm Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C., 191 Peachtree Street, N.E., 45th Floor Atlanta, Georgia 30303 as counsel for Plaintiff Travis C. Kauffmann.

H. Lamar Mixson, Jason J. Carter, Fredric J. Bold, Jr., and Eliza L. Taylor of the law firm Bondurant, Mixson & Elmore, LLP are admitted or otherwise authorized to practice in this Court, appear in this case as counsel for Plaintiff, and hereby request service of all pleadings, notices, orders, and any other materials involved in this action.

#5024374v1

A Certificate of Consent confirming the client consents to the substitution of counsel is appended below.

Respectfully submitted this 19th day of July, 2024.

<table>
<tr><td>

*Withdrawing Counsel*:

/s/ Scott M. Ratchick*

*signed with permission by ELT
Scott M. Ratchick
CHAMBERLAIN, HRDLICKA,
WHITE, WILLIAMS & AUGHTRY,
P.C.
191 Peachtree Street, N.E.
45th Floor
Atlanta, GA  30303
Phone: 404-659-1410
Fax: 404-659-1852
scott.ratchick@chamberlainlaw.com

</td><td>

*Appearing (Substituting) Counsel:*

/s/ Jason J. Carter

H. Lamar Mixson (Ga. Bar No. 514012
Jason J. Carter (Ga. Bar No. 141669)
Fredric J. Bold, Jr. (Ga. Bar No. 544604)
Eliza L. Taylor (Ga. Bar No. 170118)
BONDURANT, MIXSON &
ELMORE, LLP
1201 W Peachtree St NW
Suite 3900
Atlanta, GA  30309-3417
Phone: 404-881-4100
Fax: 404-881-4111
mixson@bmelaw.com
carter@bmelaw.com
bold@bmelaw.com
taylor@bmelaw.com

</td></tr>
</table>

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that this day I filed the foregoing **NOTICES OF APPEARANCE AND SUBSTITUTION OF COUNSEL** using the Court's CM/ECF system which will automatically send an electronic copy of the same to all parties of record.

This 19th day of July, 2024.

                                      /s/ *Jason J. Carter*
                                      Jason J. Carter
                                      Georgia Bar No. 141669

#5024374v1

## CERTIFICATE OF CONSENT

I, Travis C. Kauffmann, consent to the withdrawal of Scott M. Ratchick of the law firm Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C., 191 Peachtree Street, N.E., 45th Floor Atlanta, Georgia 30303 and the appearance of H. Lamar Mixson, Jason J. Carter, Fredric J. Bold, Jr., and Eliza L. Taylor of the law firm Bondurant, Mixson & Elmore, LLP as substitute counsel for Plaintiff. Plaintiff's former counsel has been notified of the items set forth in Local Rule 83.1(E)(2)(B) through (H).

*Signatures on following pages*

#5024375v1

_____
Travis C. Kauffmann

Date: _7/17/2024_

_____
Scott M. Ratchick

Date: _____

_____
Jason J. Carter

Date: _____

#5024375v1

_____
Travis C. Kauffmann

Date: _____


_____
Scott M. Ratchick

Date: _____


_____
Jason J. Carter

Date: 7/17/24

                                      _____
Travis C. Kauffmann

Date: _____


*/s/ Scott M. Ratchick\**
*\*signed with express consent by*
*Eliza L. Taylor*
Scott M. Ratchick

Date:  7/19/2024

                                      _____
Jason J. Carter

Date: _____

#5024375v1