# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRAVIS C. KAUFFMANN,<br><br>      Plaintiff,<br><br>v.<br><br>KRISTINE KAUFFMANN HOPE,<br><br>      Defendant. | Civil Action No. 1:23-cv-03836-TWT |

## NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENAS

On July 24, 2024, Plaintiff gave Defendant's counsel notice that he will serve document subpoenas to the following individuals and entities:

- CCK Investments, LLLP
- CCK Management, LLC
- Kauffmann Investments, LLLP
- Consilium Partner Group, LLC
- Cohen Pollock Merlin Turner, P.C.
- Gillford, Hillegass & Ingwersen, P.C.
- Mike English, and
- Warren Averett, LLC

#5029545v1

This 24th day of July, 2024.

/s/ *Eliza L. Taylor*
Jason J. Carter (Ga. Bar No. 141669)
Fredric J. Bold, Jr. (Ga. Bar No. 544604)
Eliza L. Taylor (Ga. Bar No. 170118)

**BONDURANT, MIXSON & ELMORE, LLP**
1201 W Peachtree St NW
Suite 3900
Atlanta, GA  30309-3417
Phone: 404-881-4100
Fax: 404-881-4111
carter@bmelaw.com
bold@bmelaw.com
taylor@bmelaw.com

***Attorneys for Plaintiff***

#5029545v1

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that the foregoing **NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENAS** was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman, font, 14 point.

This 24th day of July, 2024.

/s/ *Eliza L. Taylor*
Eliza L. Taylor
Georgia Bar No. 170118

#5029545v1

## **CERTIFICATE OF SERVICE**

I hereby certify that this day I filed the foregoing **NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENAS** using the Court's CM/ECF system which will automatically send an electronic copy of the same to all parties of record.

This 24th day of July, 2024.

/s/ *Eliza L. Taylor*
Eliza L. Taylor
Georgia Bar No. 170118

#5029545v1