# EXHIBIT A

**From:** Ratchick, Scott M. <Scott.Ratchick@CHAMBERLAINLAW.COM>
**Sent:** Monday, January 9, 2023 3:56 PM
**To:** Douglas E. Wessinger <DWessinger@cpmtlaw.com>
**Cc:** Heymann, Stephen C. <Stephen.Heymann@chamberlainlaw.com>
**Subject:** [External] Travis Kauffmann

▮▮▮(in an e-mail to me dated 12/22/22 you said that "Cohen Pollock has billed $71,592 and CCK has paid $65,688. In addition, Borden Taylor… has charged some consulting fees which were also paid by CCK Investments. His fees are $6,525."▮▮▮

3

Scott M. Ratchick
Chamberlain, Hrdlicka, White, Williams & Aughtry
191 Peachtree Street N.E., 46th Floor
Atlanta, Georgia 30303
Office: (404)659-1410
Direct: (404)588-3434
Cell:    (404)409-5319
Fax:     (404)588-3435
Email: scott.ratchick@chamberlainlaw.com

NOTE The contents of this email are intended for the use and benefit of the addressed recipients only. The rules imposed by IRS Circular 230 require us to state that, unless it is expressly stated above or in an attachment hereto, any opinions expressed with respect to a significant tax issue are not intended or written by the practitioner to be used, and cannot be used by the recipient, for the purpose of avoiding penalties that may be imposed on the recipient or any other person who may examine this correspondence in connection with a Federal tax matter. If the reader of this message is not an addressee, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by of the original message and destroy all copies.