# EXHIBIT B

**From:** Lauren Miller
**Sent:** Friday, February 2, 2024 5:30 PM
**To:** Ratchick, Scott M. <scott.ratchick@chamberlainlaw.com>
**Cc:** Rob Carlson <rcarlson@ccedlaw.com>
**Subject:** Kauffmann Production

Scott,

Please use this link to access Kristine Hope's document production, Bates labeled KKH - 1 to KKH - 6048: https://www.dropbox.com/scl/fo/dk7orjp09573cpmcrx5zq/h?rlkey=d8p3tp1l5feumlgxxkip3tpkx&dl=0.

I also shared the folder with you directly through Dropbox. Let me know if you have any issues accessing the documents.

Lauren J. Miller
CALDWELL, CARLSON, ELLIOTT & DELOACH, LLP
6 Concourse Parkway
Suite 2400
Atlanta, Georgia 30328

Telephone: (404) 843-1956
Facsimile: (404) 843-2737
https://www.CCEDlaw.com

**Our office has moved. As of January 29, 2024, our address is 6 Concourse Parkway, Suite 2400, Atlanta, Georgia 30328. Our phone number and all email addresses remain the same.**